IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SCOTTS VALLEY BAND OF POMO INDIANS, <br><br> Plaintiff, <br><br> v. <br><br> DOUGLAS BURGUM, in his official capacity as Secretary of the Interior, et al., <br><br> Defendants. | Case No. 1:25-cv-00958-TNM |

**NOTICE OF APPEAL**

Notice is hereby given that the Federal Defendants hereby appeal to the United States Court of Appeals for the D.C. Circuit from the Court's Order, Dkt. No. 117, and Memorandum Order, Dkt. No. 116, entered October 30, 2025.

Respectfully submitted this 26th day of December, 2025.

    ADAM R.F. GUSTAFSON
    Principal Deputy Assistant Attorney General

    *s/ Devon Lehman McCune*
    Devon Lehman McCune
    Senior Attorney
    U.S. Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    999 18th St., N. Terrace, Suite 600
    Denver, CO  80202
    Phone: (303) 358-8981

devon.mccune@usdoj.gov

Amber Dutton-Bynum
(DC Bar No. 1778319)
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, D.C. 200044-7611
Phone: (202) 330-2649
Amber.Dutton-Bynum@usdoj.gov

*Attorneys for Defendants*